v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2005–7178.

United States Court of Appeals, Federal Circuit.

May 2, 2008.

---

**Homi N. AMIRMOKRI, Petitioner,**

v.

**DEPARTMENT OF ENERGY, Respondent.**

No. 2008–3167.

United States Court of Appeals, Federal Circuit.

May 6, 2008.

Claudia Burke, Department of Justice, Washington, DC, for Respondent.

Morris E. Fischer, Bethesda, MD for Petitioner.

## ON MOTION

### *ORDER*

Homi N. Amirmokri moves for reconsideration of the court's April 8, 2008, 274 Fed.Appx. 888, order dismissing this petition for review for failure to pay the filing fee.

Amirmokri has now submitted the filing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The April 8 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Amirmokri's brief is due within 30 days of the date of filing of this order.